**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GERALD BUSH, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 09-4798 |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA and | : | |
| PHILADELPHIA POLICE DEPARTMENT, | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

AND NOW, this 4th day of February, 2010, for the reasons set forth in the accompanying

Memorandum, it is hereby ORDERED as follows:

1.     Defendant's Motion to Dismiss (Dkt. No. 6) is GRANTED;

2.     Plaintiff's Request for Default and Default Judgment (Dkt. No. 5) is DENIED;

3.     Plaintiff's Motion for Court to Sign Judgment Under Rule 55 (Dkt. No. 7) is

       DENIED;

4.     Plaintiff's Motions to Amend (Dkt. Nos. 10, 12 and 13) are DENIED;[1] and

5.     Plaintiff's Motions to Grant Relief in Complaint Based on 13 Counts of

       Misconduct and 4 Year Delay by District Based Wrong Ruling (Dkt. Nos. 9 and

       11) are DENIED as MOOT.


                                        BY THE COURT:

                                        /s/ C. Darnell Jones II
                                        C. DARNELL JONES II,      J.

---

[1]While styled merely as "Amendment to Grant Relief" (Dkt. No. 12) and "Amendment of
Rule 9(b)" (Dkt. No. 13), the Court liberally construes Plaintiff's pleadings as motions to amend
his Complaint.